UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHING, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order** |

James H. Hayes has filed an addendum and a second addendum to his pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus (ECF Nos. 8, 9). The court clarifies that the petition is comprised of the original petition at ECF No. 7, the addendum at ECF No. 8, and the second addendum at ECF No. 9.

IT IS SO ORDERED.

Dated: February 25, 2022

                                                                               U.S. District Judge Andrew P. Gordon