# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES, | Case No.: 2:21-cv-02267-APG-DJA |
| Petitioner | |
| v. | **Order** |
| WILLIAM HUTCHING, et al., | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner James H. Hayes has moved for an extension of time to file an amended petition. (ECF No. 17.) Good cause appearing,

I ORDER that petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 17) is **GRANTED**. **The deadline to file the amended habeas corpus petition is extended to October 27, 2022.**

Dated: August 1, 2022

_____
U.S. District Judge Andrew P. Gordon