# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES H. HAYES,

    Petitioner

v.

WILLIAM HUTCHING, et al.,

    Respondents.

Case No.: 2:21-cv-02267-APG-DJA

**Order Granting Extension of Time to File Amended Petition to December 12, 2022 (ECF No. 20)**

28 U.S.C. § 2254 habeas corpus petitioner James H. Hayes has moved, through counsel, for an extension of time to file an amended petition. (ECF No. 20.) Good cause appearing, the motion is granted.

Hayes also filed a *pro se* motion for status check. (ECF No. 19.) However, Hayes is represented by the Federal Public Defender and, therefore, cannot file motions *pro se*. Local Rule 11-6(a). The court will strike the improper filing.

I THEREFORE ORDER that petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 20) is **GRANTED**. **The deadline to file the amended habeas corpus petition is extended to December 12, 2022.**

I FURTHER ORDER that petitioner's *pro se* motion for status check (ECF No. 19) is STRICKEN.

Dated: October 28, 2022

_____
U.S. District Judge Andrew P. Gordon