# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHING, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Amended Petition to May 8, 2023**<br><br>(ECF No. 33) |

Respondents seek an extension of time to respond to James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 33.) Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file a response to the amended petition (ECF No. 33) is **GRANTED**. **The deadline to respond is extended to May 8, 2023.**

Dated: March 9, 2023

_____
U.S. District Judge Andrew P. Gordon