# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES H. HAYES,

     Petitioner

v.

WILLIAM HUTCHING, et al.,

     Respondents.

Case No.: 2:21-cv-02267-APG-DJA

**Order Granting Extension of Time to Respond to Amended Petition to July 7, 2023**

[ECF No. 35]

Respondents seek an extension of time to respond to James H. Hayes' amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 35. Good cause appearing,

I ORDER that respondents' unopposed second motion for extension of time to file a response to the amended petition [ECF No. 35] is **GRANTED**. **The deadline to respond is extended to July 7, 2023.**

Dated: May 10, 2023

_____
U.S. District Judge Andrew P. Gordon