UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHING, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Amended Petition to August 7, 2023**<br><br>[ECF No. 37] |

Respondents seek an extension of time to respond to James H. Hayes' amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 37. Counsel for respondents explains that she only received the entire state-court record a week ago, and it consists of about 675 documents. Good cause appearing,

I ORDER that respondents' unopposed third motion for extension of time to file a response to the amended petition [ECF No. 37] is **GRANTED**. **The deadline to respond is extended to August 7, 2023.**

Dated: July 17, 2023

_____
U.S. District Judge Andrew P. Gordon