UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Amended Petition to August 28, 2023**<br><br>[ECF No. 39] |

Respondents seek an extension of time to respond to James H. Hayes' amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 39. Counsel for respondents explains that she is reviewing the extensive state-court record and additionally is dealing with an ongoing family medical crisis. Good cause appearing,

I ORDER that respondents' unopposed fourth motion for extension of time to file a response to the amended petition [ECF No. 39] is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to August 28, 2023.**

DATED this 8th day of August, 2023.

                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE