# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>　　　　Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　　　Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Amended Petition to September 5, 2023**<br><br>[ECF No. 41] |

Respondents ask the court for a 7-day extension of time to respond to James H. Hayes' amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 41. Good cause appearing,

I ORDER that respondents' fifth motion for extension of time to file a response to the amended petition [ECF No. 41] is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to September 5, 2023.**

DATED this 29th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE