# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File Exhibits in Support of Motion to Dismiss to September 19, 2023**<br><br>[ECF No. 43] |

Respondents ask the court for a 14-day extension of time to file their exhibits in support of their motion to dismiss James H. Hayes' amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 43. Good cause appearing, the motion is granted. Petitioner's response to the motion to dismiss is due **30 days** after respondents file their exhibits.

I THEREFORE ORDER that respondents' unopposed motion for extension of time to file exhibits to their motion to dismiss [ECF No. 43] is **GRANTED** *nunc pro tunc*. **The deadline to is extended to September 19, 2023.**

DATED this 6th day of September 2023.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE