UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>　　Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File Opposition to Motion to Dismiss to January 22, 2024**<br><br>[ECF No. 66] |

　　James H. Hayes asks the court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 66. Good cause appearing,

　　I ORDER that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss [ECF No. 66] is **GRANTED**. **The deadline to is extended to January 22, 2024.**

　　DATED this 24th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE