UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES H. HAYES,

    Petitioner

v.

WILLIAM HUTCHINGS, *et al.*,

    Respondents.

Case No.: 2:21-cv-02267-APG-DJA

**Order Granting Extension of Time to File Opposition to Motion to Dismiss to March 22, 2024**

[ECF No. 68]

James H. Hayes asks the court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 68. Good cause appearing,

I ORDER that petitioner's unopposed second motion for extension of time to file an opposition to the motion to dismiss [ECF No. 68] is **GRANTED** *nunc pro tunc*. **The deadline to is extended to March 22, 2024.** I am highly unlikely, absent extraordinary circumstances, to grant any further extension.

DATED this 23rd day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE