UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File Opposition to Motion to Dismiss to May 10, 2024**<br><br>[ECF No. 71] |

James H. Hayes asks the court for a third extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 71. The court previously granted a lengthy extension. ECF No. 69. Counsel for Hayes now seeks an additional 60-day extension. The court finds good cause to grant this motion in part. I will grant a final 30-day extension.

I ORDER that petitioner's unopposed third motion for extension of time to file an opposition to the motion to dismiss [ECF No. 71] is **GRANTED in part** *nunc pro tunc*. **The deadline to oppose is extended to May 10, 2024.** I am highly unlikely, absent extraordinary circumstances, to grant any further extension.

DATED this 10th day of April, 2024.

                                      ANDREW P. GORDON<br>
                                      UNITED STATES DISTRICT JUDGE