# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>　　　Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　　Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to June 7, 2024**<br><br>[ECF No. 76] |

Respondents ask the court for an extension of time to file their reply in support of their motion to dismiss James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 76. Good cause appearing,

I ORDER that respondents' first motion for extension of time to file a reply in support of the motion to dismiss [ECF No. 76] is **GRANTED** *nunc pro tunc*. **The deadline to reply is extended to June 7, 2024.**

DATED this 20th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE