# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>   Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>   Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to July 8, 2024 and Denying Petitioner's Motion for Status Check**<br><br>[ECF Nos. 73, 78] |

Respondents ask the court for an extension of time to file their reply in support of their motion to dismiss James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 78. Good cause appearing,

I ORDER that respondents' second motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 78] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to July 8, 2024.** Absent extraordinary circumstances, I am highly unlikely to grant any further extension.

I FURTHER ORDER that petitioner's motion for status check **[ECF No. 73] is DENIED** as moot.

DATED this 13th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE