**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File an Answer to the Petition to October 28, 2024**<br><br>[ECF No. 83] |

    Respondents ask the court for an extension of time to file their answer to James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 83. Good cause appearing,

    I ORDER that respondents' motion for extension of time to file an answer to the petition **[ECF No. 83] is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to October 28, 2024.**

    DATED this 16th day of September, 2024.

                                   ANDREW P. GORDON
                                   UNITED STATES DISTRICT JUDGE