**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. HAYES, | Case No.: 2:21-cv-02267-APG-DJA |
| Petitioner | |
| v. | **Order Granting Extension of Time to File an Answer to the Petition to November 27, 2024** |
| WILLIAM HUTCHINGS, *et al.*, | |
| Respondents. | [ECF No. 85] |

Respondents ask the court for an extension of time to file their answer to James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 85. Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 85] is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to November 27, 2024.**

DATED this 29th day of October, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE