# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES H. HAYES,

     Petitioner

v.

WILLIAM HUTCHINGS, *et al*.,

     Respondents.

Case No.: 2:21-cv-02267-APG-DJA

**Order Granting Extension of Time to File an Answer to the Petition to December 27, 2024**

[ECF No. 88]

Respondents ask the court for an extension of time to file their answer to James H. Hayes' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 88.  Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 88] is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to December 27, 2024.**

DATED this  27th  day of November, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE