UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. HAYES,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02267-APG-DJA<br><br>**Order Granting Extension of Time to File a Reply in Support of the Petition to February 20, 2025**<br><br>[ECF No. 92] |

James H. Hayes' seeks an extension of time to file a reply to the respondents' answer to his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 92.  Good cause appearing,

I ORDER that the respondents' unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 92] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to February 20, 2025.**

DATED this 11th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE